IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-                              03-CR-0033-A

DANIEL RIVERA,
               Defendant

---

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 6, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 924(d) and 3665 and Title 21, United States Code, Section 853, based upon the defendant's plea of guilty and conviction in the above case, forfeiting one .38 caliber Derringer pistol bearing serial number L41841, ten rounds of .38 caliber ammunition, $20,252 United States currency and $2,450 United States currency; it is now

AND WHEREAS, on February 15, February 22, and March 1, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, since final publication date for this action was March 1, 2007, and since that time, no persons have filed a petition with the Court seeking a hearing to adjudicate the validity of their interests in the property;

NOW, THEREFORE, it is hereby, ORDERED, ADJUDGED and DECREED, that all right, title and interest in the following property is hereby condemned and forfeited to the United States of America and shall be disposed of according to law:

a.   One .38 caliber Derringer pistol, bearing serial number L41841 pursuant to Title 18, United States Code, §§ 924(d) and 3665;

b.   Ten (10) rounds of .38 caliber ammunition pursuant to Title 18, United States Code, §§ 924(d) and 3665;

c.   $20,252 United States currency seized by the Drug Enforcement on February 13, 2003 pursuant to Title 21, United States Code, § 853; and

d.   $2,450 United States currency seized by the Drug Enforcement Administration on February 13, 2003 pursuant to Title 21, United States Code, § 853.

ORDERED, that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).


SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  April 3, 2007